[No. 31057-7-I.   Division One.   December 13, 1993.]

RICHARD J. AZPITARTE, *Appellant*, v. RICHARD J. WOTIPKA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-22828-2, Donald D. Haley, J., entered June 9, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Kennedy, JJ.

[No. 15191-0-II.   Division Two.   December 14, 1993.]

JAMES MANTOOTH, ET AL, *Appellants*, v. THE CITY OF PORT ANGELES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00177-9, S. Brooke Taylor, J. Pro Tem., entered July 18, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 11449-0-III.   Division Three.   December 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY P. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-1-00164-1, Donald W. Schacht, J., entered January 28, 1991. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Van Nuys, J. Pro Tem.